Elissa D. Miller, Trustee
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone:      (213) 626-2311
Facsimile:       (213) 629-4520
millertrustee@sulmeyerlaw.com
lrobles@sulmeyerlaw.com

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In Re:<br><br>YESENIA GAETA<br><br><br><br><br>Debtor(s) | Case No.: 2:10-BK-44362-RN<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)] |
|---|---|

COUNSEL: LEROY BISHOP AUSTIN
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 10/21/10 at 11:00 AM at 725 S. FIGUEROA STREET, ROOM 102, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated:    September 23, 2010                    /s/ Elissa D. Miller
                                                                    Elissa D. Miller
                                                                    Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on September 23, 2010.

/s/ Lorraine Robles
Lorraine Robles, Chapter 7 Trustee Administrator
lrobles@sulmeyerlaw.com